| | |
|---|---|
| LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo, Esq. (SBN 144074)<br> dalekgalipo@yahoo.com<br>Marcel F. Sincich, Esq. (SBN 319508)<br> msincich@galipolaw.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>Telephone: (818) 347-3333<br>Facsimile: (818) 347-4118<br><br>*Attorneys for Plaintiff* ALONSO YEPEZ<br><br>LAW OFFICES OF GRECH & PACKER<br>Trenton C. Packer (SBN 241057)<br> tpacker@grechpackerlaw.com<br>7095 Indiana Ave Ste 200<br>Riverside, CA 92506<br>Phone: (951) 682-9311<br><br>*Attorneys for Plaintiff* ALONSO YEPEZ | HEIDI K. WILLIAMS (CA State Bar No. 297428)<br>Deputy County Counsel<br>TOM BUNTON (CA State Bar No. 193560)<br>County Counsel<br>385 North Arrowhead Avenue, Fourth Floor<br>San Bernardino, California 92415-0140<br>Telephone: (909) 387-4402<br>Facsimile: (909) 387-4069<br>E-Mail: heidi.williams@cc.sbcounty.gov<br><br>Douglas Smith<br>SMITH LAW OFFICE<br>4001 Eleventh Street<br>Riverside, CA 92505<br>T: (951) 509-1355<br>F: (951) 509-1356<br>E: DSmith@smitlaw.com<br><br>Attorneys for Defendant Jason Boord |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONSO YEPEZ,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF SAN BERNARDINO, CALIFORNIA; ROGER ALFARO; KALA MESERVEY; JASON BOORD; AND DOES 1-10.<br><br>Defendants. | Case No.: 5:21-cv-00123-JGB-SHK<br><br>[*Honorable Jesus G. Bernal*]<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL**

**PLEASE TAKE NOTICE** in accordance with L.R. 16-15.7 and L.R. 40-2 that the parties have reached a settlement of this entire case for a specified amount. The settlement is between the Plaintiff ALONSO YEPEZ and Defendants COUNTY OF SAN BERNARDINO, ROGER ALFARO, JASON BOORD, and DOES 1-10 (together called "Defendants") by and through their attorneys of record.

**STIPULATION FOR DISMISSAL**

This action in its entirety, including all claims against Defendants, has been resolved. Plaintiff hereby stipulates to dismiss with prejudice Defendants COUNTY OF SAN BERNARDINO, ROGER ALFARO, JASON BOORD, and DOES 1-10 as defendants and parties to the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and Defendants shall bear their own costs and attorney's fees.

[Signature Attestation.] Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I, the undersigned hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that each has obtained authorization from each party's counsel to affix their electronic signatures to this document.

Respectfully submitted,

DATED: May 23, 2022    THE LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF GRECH & PACKER

/s/        *Dale K. Galipo*
Dale K. Galipo, Esp.
Marcel F. Sincich, Esq.
Trent C. Packer, Esq.
*Attorneys for Plaintiff* ALONSO YEPEZ

| | | |
|---|---|---|
| 1 | DATED: May 23, 2022 | TOM BUNTON |
| 2 | | County Counsel |
| 3 | | */s/       Heidi K. Williams* |
| 4 | | Heidi K. Williams |
| 5 | | Deputy County Counsel |
| | | Attorneys for Defendants |
| 6 | | County of San Bernardino and Roger Alfaro |
| 7 | DATED: May 23, 2022 | SMITH LAW OFFICE |
| 8 | | |
| 9 | | */s/       Douglas Smith* |
| 10 | | Douglas Smith |
| | | Attorney for Defendant Jason Boord |

3   Case No.: 5:21-cv-00123-JGB-SHK

JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE